**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

PATRICK EDIAGBONYA,

Plaintiff,

18 **CIVIL** 3882 (VSB)

-against-

**JUDGMENT**

UNITED STATES OF AMERICA,

Defendant.

---------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 23, 2020, Defendant's motion for summary judgment is GRANTED, and Plaintiff's Complaint is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
September 24, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**